UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

**Order Filed on November 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Amy Lynne Clayton, Craig William Clayton,

Debtors.

Case No.:  19-26972 ABA

Adv. No.:

Hearing Date:  11/13/19 @ 9:00 a.m.

Judge:  Andrew B. Altenburg, Jr.

## ORDER RESOLVING OBJECTION TO CONFIRMATION

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 21, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Amy Lynne Clayton, Craig William Clayton
Case No:  19-26972 ABA
Caption of Order:  ORDER RESOLVING OBJECTION TO CONFIRMATION
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, the lessor of the subject 2012 Toyota Tacoma 4X, VIN: 3TMLU4EN8CM092196, Denise Carlon appearing, by way of the objection to confirmation of the Debtors' Chapter 13 plan, and this Court having considered the representations of attorneys for Secured Creditor and Marcia Y. Phillips, Esquire, attorney for Debtors and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** that the entire balance due under the terms of the Note will be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the total amount to be paid shall be the principal of $16,273.22 plus 6.25% interest over the remaining 48 months of the plan for a total of $18,434.16; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.