Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19−26972−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig William Clayton                            Amy Lynne Clayton
   11 Matisse Drive                                  11 Matisse Drive
   Mays Landing, NJ 08330                     Mays Landing, NJ 08330
Social Security No.:
   xxx−xx−3479                                     xxx−xx−9918
Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 12, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 12, 2019
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                      Case No. 19-26972-ABA
Craig William Clayton                                       Chapter 13
Amy Lynne Clayton
        Debtors                      CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Dec 12, 2019
                              Form ID: 148             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db/jdb         +Craig William Clayton,    Amy Lynne Clayton,    11 Matisse Drive,   Mays Landing, NJ 08330-2267
518478061      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518443355      +Kathleen Clayton,   129 First Av,    Tuckerton, NJ 08087-2703
518557430      +MidFirst Bank,   999 NorthWest Grand Boulevard,     Oklahoma City, OK 73118-6051
518501684      +MidFirst Bank,   KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
518443356      +Midland Mortgage,   PO Box 26648,    Oklahoma City, OK 73126-0648
518443357      +Pnc Bank,   Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518491804      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
518543131      +Toyota Motor Credit Corporation,    Rebecca A. Solarz, Esquire,   216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518518700      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,   Raleigh NC 27605-1000
518443361      +Wf/fmg,   Attn: Bankruptcy,    Po Box 51193,   Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2019 00:56:36     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2019 00:56:32     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518475171       EDI: BECKLEE.COM Dec 13 2019 05:08:00    American Express National Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
518443350      +EDI: AMEREXPR.COM Dec 13 2019 05:08:00    Amex,   Correspondence/Bankruptcy,   Po Box 981540,
                 El Paso, TX 79998-1540
518443351      +EDI: CAPITALONE.COM Dec 13 2019 05:08:00    Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518466917      +EDI: AIS.COM Dec 13 2019 05:13:00    Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518461839      +E-mail/Text: bankruptcy@cavps.com Dec 13 2019 00:57:28     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
518443352      +EDI: CHASE.COM Dec 13 2019 05:13:00    Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
                 Wilmington, DE 19850-5298
518443353      +EDI: CITICORP.COM Dec 13 2019 05:08:00    Citibank,   Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518443354      +EDI: WFNNB.COM Dec 13 2019 05:08:00    Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
518534588      +EDI: IRS.COM Dec 13 2019 05:08:00    Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
518551267       EDI: JEFFERSONCAP.COM Dec 13 2019 05:08:00    Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
518551267       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 13 2019 00:57:24     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud MN 56302-9617
518464263       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2019 01:06:48     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518522443       EDI: Q3G.COM Dec 13 2019 05:08:00    Quantum3 Group LLC as agent for,   MOMA Trust LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
518445842      +EDI: RMSC.COM Dec 13 2019 05:08:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518443358       EDI: TFSR.COM Dec 13 2019 05:08:00    Toyota Financial Services,   Attn: Bankruptcy,
                 Po Box 8026,   Cedar Rapids, IA 52409
518443359      +EDI: VERIZONCOMB.COM Dec 13 2019 05:08:00    Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
518536886       EDI: WFFC.COM Dec 13 2019 05:08:00    Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
518443360      +EDI: WFFC.COM Dec 13 2019 05:08:00    Wells Fargo Dealer Services,   Attn: Bankruptcy,
                 Po Box 19657,   Irvine, CA 92623-9657
                                                                                              TOTAL: 20

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin                Page 2 of 2            Date Rcvd: Dec 12, 2019
                              Form ID: 148               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Marcia Y. Phillips    on behalf of Debtor Craig William Clayton theladyjustice@outlook.com,
           theladyjustice.phillips@gmail.com
          Marcia Y. Phillips    on behalf of Joint Debtor Amy Lynne Clayton theladyjustice@outlook.com,
           theladyjustice.phillips@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 8
```