# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

SUBRANNI ZAUBER LLC
1624 Pacific Ave.
Atlantic City, NJ  08404
(609) 347-7000; FAX (609) 345-4545
Attorneys for Debtor

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER:   13 |
| CRAIG W. CLAYTON | : | |
| AMY L. CLAYTON | : | CASE NO.:   19-26972 (ABA) |
| | : | |
| Debtors | : | JUDGE:   Andrew B. Altenburg, Jr. |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Jeanie D. Wiesner, Esq. of Subranni Zauber LLC will be substituted as attorney of record for Craig W. Clayton and Amy L. Clayton, debtors in this case.

Dated: February 5, 2020

/s/ Jeanie D. Wiesner
Jeanie D. Wiesner, Esq.

Dated: February 18, 2020

Marcia Y. Phillips, Esq.