Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−26972−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Craig William Clayton
11 Matisse Drive
Mays Landing, NJ 08330

Amy Lynne Clayton
11 Matisse Drive
Mays Landing, NJ 08330

Social Security No.:
xxx−xx−3479

xxx−xx−9918

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 4/8/20
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 27, 2020
JAN: bc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                      Case No. 19-26972-ABA
Craig William Clayton                                                       Chapter 13
Amy Lynne Clayton
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                    Page 1 of 2                   Date Rcvd: Feb 27, 2020
                               Form ID: 132                   Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
db/jdb         +Craig William Clayton,    Amy Lynne Clayton,    11 Matisse Drive,    Mays Landing, NJ 08330-2267
518475171       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518443350      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518443352      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518443353      +Citibank,   Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518478061      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518443355      +Kathleen Clayton,    129 First Av,    Tuckerton, NJ 08087-2703
518501684      +MidFirst Bank,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518557430      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518443356      +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
518443357      +Pnc Bank,   Atn: Bankruptcy Department,     Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518443358     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518491804      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518543131      +Toyota Motor Credit Corporation,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518518700      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,     PO Box 130000,    Raleigh NC 27605-1000
518536886       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
518443360      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
518443361      +Wf/fmg,   Attn: Bankruptcy,    Po Box 51193,    Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2020 00:19:17      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2020 00:19:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518443351      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 28 2020 00:31:17      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
518466917      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2020 00:31:52
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518461839      +E-mail/Text: bankruptcy@cavps.com Feb 28 2020 00:19:35      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518443354      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 28 2020 00:19:03
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518534588      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 28 2020 00:18:43      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518551267       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 28 2020 00:19:29      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
518464263       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2020 00:31:35      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518522443       E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2020 00:19:08
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
518445842      +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2020 00:31:07      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518443359      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 28 2020 00:18:06
                 Verizon Wireless,   Attn: Verizon Wireless Bankruptcy Admini,     500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Feb 27, 2020
                               Form ID: 132             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jeanie D. Wiesner    on behalf of Joint Debtor Amy Lynne Clayton jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              Jeanie D. Wiesner    on behalf of Debtor Craig William Clayton jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              Rebecca Ann Solarz    on behalf of Creditor   MidFirst Bank rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```