| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Craig William Clayton<br>Amy Lynne Clayton<br><br>                              Debtors. | Chapter 13<br><br>Case No. 19-26972-ABA<br><br>Hearing Date: September 1, 2020<br><br>Judge Andrew B. Altenburg, Jr. |

## NOTICE OF WITHDRAWAL OF MOTION TO VACATE AUTOMATIC STAY

Creditor, Toyota Motor Credit Corporation, withdraws its Motion to Vacate Automatic Stay (Doc. No. 43).

Dated: August 12, 2020

                                        Stewart Legal Group, P.L.
                                        Attorney for Toyota Motor Credit Corporation

            By:    */s/Gavin N. Stewart*
                    Gavin N. Stewart