| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1** **STEWART LEGAL GROUP, P.L**. *Formed in the State of Florida* Gavin N. Stewart, Esq. *Of Counsel to Bonial & Associates, P.C.* 401 East Jackson Street, Suite 2340 Tampa, FL 33602 Tel: 813-371-1231/Fax: 813-371-1232 E-mail: gavin@stewartlegalgroup.com *Attorney for Creditor* | Chapter 13 |
| In re: Craig William Clayton Amy Lynne Clayton                    Debtors. | Case No. 19-26972-ABA Hearing Date: September 1, 2020 Judge Andrew B. Altenburg, Jr. |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Motion to Vacate Automatic Stay** (Doc. No. 43).

Dated: August 12, 2020

                                      Stewart Legal Group, P.L.
                                      Attorney for Toyota Motor Credit Corporation

               By:    */s/Gavin N. Stewart*
                      Gavin N. Stewart