Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−26972−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Craig William Clayton                           Amy Lynne Clayton
    11 Matisse Drive                                11 Matisse Drive
    Mays Landing, NJ 08330                          Mays Landing, NJ 08330

Social Security No.:
    xxx−xx−3479                                     xxx−xx−9918

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 11, 2020.

On 8/17/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                 September 23, 2020
Time:                    10:00 AM
Location:             Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 18, 2020
JAN: kaj

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-26972-ABA
Craig William Clayton                                                       Chapter 13
Amy Lynne Clayton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Aug 18, 2020
                              Form ID: 185             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
```
db/jdb         +Craig William Clayton,    Amy Lynne Clayton,    11 Matisse Drive,    Mays Landing, NJ 08330-2267
cr             +Toyota Motor Credit Corporation,    P.O. Box 340514,    Tampa, FL 33694-0514
518828054       American Express,    PO Box 981540,    El Paso, TX 79998-1540
518475171       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518443350      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518827782     #+Atlantic Credit and Finance,    P.O. Box 12966,    Roanoke, VA 24030-2966
518827783       Becket and Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
518443353      +Citibank,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518827785       Cooper University Health Care,    1 Cooper Plaza,    Camden, NJ 08103-1461
518828055       Cooper University Healthcare,    900 Centennial Blvd,    Voorhees, NJ 08043-4637
518828052       Eagles Mere HOA,    C/O Atlantic realty Management,    501 Zion Rd Ste 8,
                 Egg Harbor Township, NJ 08234-7636
518478061      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518443355      +Kathleen Clayton,    129 First Av,    Tuckerton, NJ 08087-2703
518827788       Marcia Y. Phillips,    Deighan Law LLC,    1900 Market Street Ste. 800,
                 Philadelphia, PA 19103-3517
518501684      +MidFirst Bank,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518557430      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518443356      +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
518827790       Orchard Bank/HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
518827791       Pioneer Credit Recovery,    P.O. Box 1018,    Moorestown, NJ 08057-0018
518443357      +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518828057       Robertson Anschutz & Schneid,    6409 Congress Ave Ste 100,    Boca Raton, FL 33487-2853
518827792       Rothman,    P.O. Box 757910,    Philadelphia, PA 19175-7910
518827793      +SRA Associates, Inc.,    112 W. Park Dr., Ste. 200,    Mt. Laurel, NJ 08054-1261
518889496     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518828058       Sherman Originator III, LLC,    PO Box 10497,    Greenville, SC 29603-0497
518827780       State of New Jersey,    Division of Taxation,    P.O. Box 250,    Trenton, NJ 08646-0250
518443358     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518543131      +Toyota Motor Credit Corporation,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518491804      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518828053      +Wells Fargo Auto,    POB 29704,    Phoenix, AZ 85038-9704
518518700      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
518536886       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
518443360      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
518443361      +Wf/fmg,    Attn: Bankruptcy,    Po Box 51193,    Los Angeles, CA 90051-5493
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 00:12:53     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 00:12:50     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518827781      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2020 00:16:13      American InfoSource,
                 P.O. Box 269093,    Oklahoma City, OK 73126-9093
518443351      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 19 2020 00:16:37      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518466917      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2020 00:16:55
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518461839      +E-mail/Text: bankruptcy@cavps.com Aug 19 2020 00:13:09     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518443354      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 00:12:29
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518534588      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 19 2020 00:12:11     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518551267       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 19 2020 00:13:05     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518443352       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 19 2020 00:15:51      Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
518827787       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 00:16:05      LVNV Funding, LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
518464263       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 00:15:19      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Aug 18, 2020
                              Form ID: 185             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518827789      E-mail/Text: bankruptcydpt@mcmcg.com Aug 19 2020 00:12:49      Midland Funding, LLC,
                2365 Northside Dr., Ste. 300,   San Diego, CA 92108-2709
518522443      E-mail/Text: bnc-quantum@quantum3group.com Aug 19 2020 00:12:41
                Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
518828056      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 00:15:19
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518445842     +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 00:14:59      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
518827794      E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 00:14:59      Synchrony Bank,    P.O. Box 960061,
                Orlando, FL 32896-0061
518443359     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 19 2020 00:11:32
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518827784*    +Cavalry SPV I, LLC,    500 Summit Lake Dr., Ste. 400,    Valhalla, NY 10595-2321
518827779*     Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
518827786*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems,    P.O. Box 7999,
                Saint Cloud, MN 56302-7999)
                                                                                         TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Gavin   Stewart    on behalf of Creditor    Toyota Motor Credit Corporation bk@stewartlegalgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanie D. Wiesner    on behalf of Joint Debtor Amy Lynne Clayton jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              Jeanie D. Wiesner    on behalf of Debtor Craig William Clayton jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```