Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-26972 (ABA)**

Craig W. Clayton and Amy L. Clayton  
11 Matisse Drive  
Mays Landing, NJ  08330

Monthly Payment: $466.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/25/2020 | $200.00 | 05/01/2020 | $200.00 | 06/02/2020 | $446.00 | 07/15/2020 | $572.00 |
| 08/11/2020 | $628.00 | 09/09/2020 | $432.00 | 11/02/2020 | $433.00 | 11/20/2020 | $200.00 |
| 11/30/2020 | $266.00 | 12/18/2020 | $466.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CRAIG W. CLAYTON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MARCIA Y. PHILLIPS, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | CRAIG W. CLAYTON | 0 | $3,178.44 | $0.00 | $0.00 | $0.00 |
| 0 | JEANIE D. WIESNER, ESQUIRE | 13 | $3,750.00 | $3,750.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $1,168.87 | $0.00 | $1,168.87 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $4,899.80 | $0.00 | $4,899.80 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $9,226.38 | $0.00 | $9,226.38 | $0.00 |
| 4 | CAVALRY SPV I, LLC | 33 | $3,128.71 | $0.00 | $3,128.71 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $3,155.87 | $0.00 | $3,155.87 | $0.00 |
| 6 | KATHLEEN CLAYTON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MIDFIRST BANK | 24 | $2,890.14 | $341.35 | $2,548.79 | $0.00 |
| 8 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $4,405.82 | $1,550.61 | $2,855.21 | $0.00 |
| 9 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $185.57 | $0.00 | $185.57 | $0.00 |
| 11 | WELLS FARGO BANK, N.A. | 24 | $961.14 | $113.53 | $847.61 | $0.00 |
| 12 | WELLS FARGO BANK, N.A. | 33 | $4,874.31 | $0.00 | $4,874.31 | $0.00 |
| 13 | AMY L. CLAYTON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MARCIA Y. PHILLIPS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $3,633.63 | $0.00 | $3,633.63 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 33 | $6,153.40 | $0.00 | $6,153.40 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 28 | $4,077.59 | $0.00 | $4,077.59 | $0.00 |
| 19 | PNC BANK, N.A. | 33 | $17,837.32 | $0.00 | $17,837.32 | $0.00 |
| 20 | STATE OF NEW JERSEY | 28 | $2,659.10 | $0.00 | $2,659.10 | $0.00 |
| 21 | STATE OF NEW JERSEY | 33 | $960.39 | $0.00 | $960.39 | $0.00 |
| 22 | WELLS FARGO BANK, N.A. | 24 | $2,334.63 | $104.29 | $2,230.34 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 12.00 | $0.00 |
| 10/01/2020 | Paid to Date | $5,925.33 |
| 11/01/2020 | 47.00 | $466.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,843.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $853.72 |
| Arrearages: | ($433.00) |
| Attorney: | JEANIE D. WIESNER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**