| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Toyota Motor Credit Corporation* | |
| In re:<br><br>Craig William Clayton<br>Amy Lynne Clayton<br><br>                              Debtors. | Chapter 13<br><br>Case No. 19-26972-ABA<br><br>Hearing Date: July 27, 2021<br><br>Judge Andrew B. Altenburg, Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Settled/OTBS**.

Matter: **Motion to Vacate Automatic Stay** (Doc. No. 55).

Dated: July 26, 2021

                                      Stewart Legal Group, P.L.
                                      Attorney for Toyota Motor Credit Corporation

               By:    */s/Gavin N. Stewart*
                       Gavin N. Stewart