UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Sadek & Cooper Law Offices
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
215-545-0008

Attorney for debtor

Order Filed on December 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Craig & Amy Clayton
debtor(s)

Case No.: 19-26972

Chapter: 13

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 27, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jeanie D. Wiesner, Esquire_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____480.00_____ per month for _____33_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-26972-ABA |
| Craig William Clayton | Chapter 13 |
| Amy Lynne Clayton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 27, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig William Clayton, Amy Lynne Clayton, 11 Matisse Drive, Mays Landing, NJ 08330-2267 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021                              Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeanie D. Wiesner | |

| | |
|---|---|
| | on behalf of Joint Debtor Amy Lynne Clayton jeanie@sadeklaw.com |
| Jeanie D. Wiesner | |
| | on behalf of Debtor Craig William Clayton jeanie@sadeklaw.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor MidFirst Bank rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10