Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
For the period of 01/01/2021 to 12/31/2021
**Case Number: 19-26972 (ABA)**

Craig W. Clayton and Amy L. Clayton
11 Matisse Drive
Mays Landing, NJ  08330

Monthly Payment: $466.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2021 | $466.00 | 02/08/2021 | $466.00 | 03/10/2021 | $466.00 | 04/05/2021 | $466.00 |
| 05/03/2021 | $466.00 | 06/14/2021 | $466.00 | 07/12/2021 | $466.00 | 08/06/2021 | $466.00 |
| 09/07/2021 | $466.00 | 10/05/2021 | $466.00 | 11/04/2021 | $466.00 | 12/13/2021 | $466.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CRAIG W. CLAYTON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MARCIA Y. PHILLIPS, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | CRAIG W. CLAYTON | 0 | $3,178.44 | $0.00 | $0.00 | $0.00 |
| 0 | JEANIE D. WIESNER, ESQUIRE | 13 | $3,750.00 | $3,750.00 | $0.00 | $3,750.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $400.00 | $0.00 | $400.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $1,168.87 | $0.00 | $1,168.87 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $4,899.80 | $0.00 | $4,899.80 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $9,226.38 | $0.00 | $9,226.38 | $0.00 |
| 4 | CAVALRY SPV I, LLC | 33 | $3,128.71 | $0.00 | $3,128.71 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $3,155.87 | $0.00 | $3,155.87 | $0.00 |
| 6 | KATHLEEN CLAYTON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MIDFIRST BANK | 24 | $2,890.14 | $1,877.24 | $1,012.90 | $341.35 |
| 8 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $4,405.82 | $3,271.14 | $1,134.68 | $1,550.61 |
| 9 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $185.57 | $0.00 | $185.57 | $0.00 |
| 11 | WELLS FARGO BANK, N.A. | 24 | $961.14 | $624.31 | $336.83 | $113.53 |
| 12 | WELLS FARGO BANK, N.A. | 33 | $4,874.31 | $0.00 | $4,874.31 | $0.00 |
| 13 | AMY L. CLAYTON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MARCIA Y. PHILLIPS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $3,633.63 | $0.00 | $3,633.63 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 33 | $6,153.40 | $0.00 | $6,153.40 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 28 | $4,077.59 | $0.00 | $4,077.59 | $0.00 |
| 19 | PNC BANK, N.A. | 33 | $17,837.32 | $0.00 | $17,837.32 | $0.00 |
| 20 | STATE OF NEW JERSEY | 28 | $2,659.10 | $0.00 | $2,659.10 | $0.00 |
| 21 | STATE OF NEW JERSEY | 33 | $960.39 | $0.00 | $960.39 | $0.00 |
| 22 | WELLS FARGO BANK, N.A. | 24 | $2,334.63 | $1,448.27 | $886.36 | $104.29 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 23 | TOYOTA MOTOR CREDIT CORPORATION | 13 | $438.00 | $438.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|-----------|-----------|---------|
| 10/01/2019 | 12.00 | $0.00 |
| 10/01/2020 | Paid to Date | $5,925.33 |
| 11/01/2020 | 14.00 | $466.00 |
| 01/01/2022 | 33.00 | $480.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,592.00 |
| Total paid to creditors this period: | $5,859.78 |
| Undistributed Funds on Hand: | $426.86 |
| Arrearages: | ($433.00) |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**