UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SADEK & COPPER
1315 Walnut Street, Ste 502
Philalphia, PA 19107
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor(s)

Order Filed on May 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Craig W. Clayton
Amy L. Clayton

Case No.: 19-26972 (ABA)
Chapter: 13
Judge: Andrew B. Altenburg

# ORDER AUTHORIZING RETENTION OF

Special Counsel, Peter A. Ouda, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: May 5, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain     Peter A. Ouda, Esq.
as     Special Counsel    , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Peter A. Ouda, LLC
   19 N. Bridge Street
   Somerville, NJ 08876

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*