UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Craig William Clayton & Amy Lynne Clayton,

Debtors.

Case No.:      19-26972-ABA

Chapter:            13

Hearing Date:    08/09/2022

Judge:         Altenburg

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 11 Matisse Drive (Docket # 69)

_____

Date: 8/4/2022            /s/ Denise Carlon
                          Signature

*rev.8/1/15*