Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-26972 (ABA)

Craig W. Clayton and Amy L. Clayton  
11 Matisse Drive  
Mays Landing, NJ  08330

Monthly Payment: $509.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/23/2023 | $509.00 | 02/21/2023 | $509.00 | 03/20/2023 | $509.00 | 04/14/2023 | $509.00 |
| 05/02/2023 | $509.00 | 06/13/2023 | $509.00 | 07/11/2023 | $509.00 | 08/07/2023 | $509.00 |
| 09/21/2023 | $509.00 | 10/30/2023 | $509.00 | 11/27/2023 | $509.00 | 12/14/2023 | $509.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CRAIG W. CLAYTON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MARCIA Y. PHILLIPS, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | CRAIG W. CLAYTON | 0 | $3,178.44 | $0.00 | $0.00 | $0.00 |
| 0 | JEANIE D. WIESNER, ESQUIRE | 13 | $3,750.00 | $3,750.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $600.00 | $600.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $1,168.87 | $0.00 | $1,168.87 | $0.00 |
| 2 | CAPITAL ONE, N.A. | 33 | $4,899.80 | $0.00 | $4,899.80 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $9,226.38 | $0.00 | $9,226.38 | $0.00 |
| 4 | CAVALRY SPV I, LLC | 33 | $3,128.71 | $0.00 | $3,128.71 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $3,155.87 | $0.00 | $3,155.87 | $0.00 |
| 6 | KATHLEEN CLAYTON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MIDFIRST BANK | 24 | $2,890.14 | $2,890.14 | $0.00 | $0.00 |
| 8 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $4,405.82 | $4,405.82 | $0.00 | $0.00 |
| 9 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $185.57 | $0.00 | $185.57 | $0.00 |
| 11 | WELLS FARGO BANK, N.A. | 24 | $758.80 | $758.80 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK, N.A. | 33 | $4,874.31 | $0.00 | $4,874.31 | $0.00 |
| 13 | AMY L. CLAYTON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MARCIA Y. PHILLIPS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $3,633.63 | $0.00 | $3,633.63 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 33 | $6,153.40 | $0.00 | $6,153.40 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 28 | $4,077.59 | $3,757.03 | $320.56 | $3,066.73 |
| 19 | PNC BANK, N.A. | 33 | $17,837.32 | $0.00 | $17,837.32 | $0.00 |
| 20 | STATE OF NEW JERSEY | 28 | $2,659.10 | $2,450.06 | $209.04 | $1,999.90 |
| 21 | STATE OF NEW JERSEY | 33 | $960.39 | $0.00 | $960.39 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 22 | WELLS FARGO BANK, N.A. | 24 | $1,802.18 | $1,802.18 | $0.00 | $0.00 |
| 23 | TOYOTA MOTOR CREDIT CORPORATION | 13 | $438.00 | $438.00 | $0.00 | $0.00 |
| 24 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 12.00 | $0.00 |
| 10/01/2020 | Paid to Date | $5,925.33 |
| 11/01/2020 | 14.00 | $466.00 |
| 01/01/2022 | 10.00 | $480.00 |
| 11/01/2022 | 23.00 | $509.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,108.00 |
| Total paid to creditors this period: | $5,066.63 |
| Undistributed Funds on Hand: | $920.28 |
| Arrearages: | $47.00 |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**