Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19−26972−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Craig William Clayton                                  Amy Lynne Clayton
   11 Matisse Drive                                         11 Matisse Drive
   Mays Landing, NJ 08330                       Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−3479                                             xxx−xx−9918

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 4/2/24 at 10:00 AM

to consider and act upon the following:

*82* − Certification in Opposition to Certification of Default (related document:81 Creditor's Certification of Default (related document:72 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 03/13/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise). Modified on 2/29/2024: TO CORRECT LINK. filed by Creditor MidFirst Bank) filed by Jeanie D. Wiesner on behalf of Amy Lynne Clayton, Craig William Clayton. (Wiesner, Jeanie)

Dated: 3/8/24

                                                                                      Jeanne Naughton
                                                                                      Clerk, U.S. Bankruptcy Court