UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

AMY  CLAYTON
CRAIG W CLAYTON

Case No.: _____19-26972_____

Adversary No.: _____NA_____

Chapter: _____13_____

Judge: ____Andrew B. Altenburg Jr..____

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   ____Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto____
(Example: John Smith, creditor)

Old address:   P.O. Box 130000
_____
Raleigh NC 27605
_____
_____

New address:   P.O. Box 169005
_____
Irving, TX 75016
_____
_____

New phone no.:  NA
_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   8/21/2024
_____

/s/Ashley P. Soto
_____
Signature

*rev.8/1/2021*