| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Craig William Clayton<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3479<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Amy Lynne Clayton<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9918<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:  19–26972–ABA | | |

## Order of Discharge         12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Craig William Clayton                Amy Lynne Clayton

<u>1/14/25</u>                **By the court:** <u>Andrew B. Altenburg Jr.</u>
                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Craig William Clayton  
Amy Lynne Clayton  
    Debtors

Case No. 19-26972-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Jan 14, 2025      Form ID: 3180W      Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig William Clayton, Amy Lynne Clayton, 11 Matisse Drive, Mays Landing, NJ 08330-2267 |
| aty | + | Peter A. Ouda, Peter A. Ouda, LLC, 19 North Bridge Street, Somerville, NJ 08876-2110 |
| sp | + | Peter A. Ouda, Peter A. Ouda, LLC, 19 N. Bridge Street, Somerville, NJ 08876-2110 |
| 518827782 | + | Atlantic Credit and Finance, P.O. Box 12966, Roanoke, VA 24030-2966 |
| 518827785 | | Cooper University Health Care, 1 Cooper Plaza, Camden, NJ 08103-1461 |
| 518828055 | | Cooper University Healthcare, 900 Centennial Blvd, Voorhees, NJ 08043-4637 |
| 518828052 | | Eagles Mere HOA, C/O Atlantic realty Management, 501 Zion Rd Ste 8, Egg Harbor Township, NJ 08234-7636 |
| 518443355 | + | Kathleen Clayton, 129 First Av, Tuckerton, NJ 08087-2703 |
| 518827788 | | Marcia Y. Phillips, Deighan Law LLC, 1900 Market Street Ste. 800, Philadelphia, PA 19103-3517 |
| 518501684 | + | MidFirst Bank, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518827791 | | Pioneer Credit Recovery, P.O. Box 1018, Moorestown, NJ 08057-0018 |
| 518827792 | | Rothman, P.O. Box 757910, Philadelphia, PA 19175-7910 |
| 518827780 | | State of New Jersey, Division of Taxation, P.O. Box 250, Trenton, NJ 08646-0250 |
| 518543131 | + | Toyota Motor Credit Corporation, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 519556558 | +++ | Wells Fargo Auto, P.O Box 169005, Irving, TX 75016-9005 |
| 518518700 | +++ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O Box 169005, Irving, TX 75016-9005 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2025 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2025 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jan 14 2025 20:30:09 | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518828054 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2025 20:46:41 | American Express, PO Box 981540, El Paso, TX 79998-1540 |
| 518475171 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2025 21:00:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518827781 | + | EDI: AIS.COM | Jan 15 2025 01:23:00 | American InfoSource, P.O. Box 269093, Oklahoma City, OK 73126-9093 |
| 518443350 | + | Email/PDF: bncnotices@becket-lee.com | | |

| | | | | |
|---|---|---|---|---|
| 518827783 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2025 20:46:34 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| | | | Jan 14 2025 21:00:47 | Becket and Lee, P.O. Box 3001, Malvern, PA 19355-0701 |
| 518443351 | + | EDI: CAPITALONE.COM | Jan 15 2025 01:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518466917 | + | EDI: AIS.COM | Jan 15 2025 01:23:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518461839 | + | Email/Text: bankruptcy@cavps.com | Jan 14 2025 20:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518443353 | + | EDI: CITICORP | Jan 15 2025 01:23:00 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518443354 | + | EDI: WFNNB.COM | Jan 15 2025 01:23:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518534588 | + | EDI: IRS.COM | Jan 15 2025 01:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518551267 | | EDI: JEFFERSONCAP.COM | Jan 15 2025 01:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518443352 | | EDI: JPMORGANCHASE | Jan 15 2025 01:23:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518478061 | + | Email/Text: RASEBN@raslg.com | Jan 14 2025 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518464263 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 21:01:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518827787 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 20:45:39 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 518557430 | + | EDI: AISMIDFIRST | Jan 15 2025 01:23:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518827789 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2025 20:38:00 | Midland Funding, LLC, 2365 Northside Dr., Ste. 300, San Diego, CA 92108-2710 |
| 518443356 | + | EDI: AISMIDFIRST | Jan 15 2025 01:23:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518827790 | | EDI: HFC.COM | Jan 15 2025 01:23:00 | Orchard Bank/HSBC Card Services, P.O. Box 17051, Baltimore, MD 21297-1051 |
| 518443357 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2025 20:37:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518522443 | | EDI: Q3G.COM | Jan 15 2025 01:23:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518828056 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 20:45:11 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518828057 | | Email/Text: RASEBN@raslg.com | Jan 14 2025 20:38:00 | Robertson Anschutz & Schneid, 6409 Congress Ave Ste 100, Boca Raton, FL 33487-2853 |
| 518889496 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 14 2025 20:38:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518828058 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 21:00:26 | Sherman Originator III, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 518827794 | | EDI: SYNC | Jan 15 2025 01:23:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 518445842 | ^ | MEBN | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 14, 2025 | Form ID: 3180W | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 14 2025 20:29:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518443358 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 14 2025 20:38:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 518491804 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 14 2025 20:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518443359 | + | EDI: VERIZONCOMB.COM | Jan 15 2025 01:23:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 518828053 | + | EDI: WFFC2 | Jan 15 2025 01:23:00 | Wells Fargo Auto, POB 29704, Phoenix, AZ 85038-9704 |
| 518536886 | | EDI: WFFC2 | Jan 15 2025 01:23:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518443360 | + | EDI: WFFC2 | Jan 15 2025 01:23:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518443361 | + | EDI: WFFC2 | Jan 15 2025 01:23:00 | Wf/fmg, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518827784 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Dr., Ste. 400, Valhalla, NY 10595-2321 |
| 518827779 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518827786 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 519556559 | *P+++ | Wells Fargo Auto, P.O Box 169005, Irving, TX 75016-9005 |
| 518827793 | ##+ | SRA Associates, Inc., 112 W. Park Dr., Ste. 200, Mt. Laurel, NJ 08054-1261 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 14, 2025 | Form ID: 3180W | Total Noticed: 54 |

        ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
        on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
        on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gavin Stewart
        on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Isabel C. Balboa
        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jeanie D. Wiesner
        on behalf of Joint Debtor Amy Lynne Clayton jeanie@sadeklaw.com
        brad@sadeklaw.com;service@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com

Jeanie D. Wiesner
        on behalf of Debtor Craig William Clayton jeanie@sadeklaw.com
        brad@sadeklaw.com;service@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9