Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–26972–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Craig William Clayton | Amy Lynne Clayton |
| 11 Matisse Drive | 11 Matisse Drive |
| Mays Landing, NJ 08330 | Mays Landing, NJ 08330 |

Social Security No.:
  xxx–xx–3479                                          xxx–xx–9918

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 13, 2025                   Andrew B. Altenburg Jr.
                                           Judge, United States Bankruptcy Court